AO 243 (Rev. 2/95)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

04-2306 (HL)

RECEIVED & FILED
04 NOV 23 PM 4:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| United States District Court | District Puerto Rico | | |
|---|---|---|---|
| Name of Movant Norberto Morales-Rivera | Prisoner No. 17731-069 | Case No. 99-CR-185-01 (HL) | |
| Place of Confinement | Low Security Correctional Institution-Allenwood P.O. Box 1000, White Deer, PA 17887-1000 | | |

UNITED STATES OF AMERICA  V.  Norberto Morales-Rivera
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack  U.S. District Court District of Puerto Rico.

2. Date of judgment of conviction  September 18, 2002.

3. Length of sentence  180 months, Count One; 60 months Count Two, consecutive.

4. Nature of offense involved (all counts)  Count One, conspiracy to possess with intent to distribute cocaine, cocaine base and marijuana, 21 U.S.C. §846. Count Two, aiding and abetting the possession of a firearm in furtherance of a drug trafficking offense, 18 U.S.C. §924(c).

5. What was your plea? (Check one)
    (a) Not guilty ☐
    (b) Guilty ☒
    (c) Nolo contendere ☐

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
    (a) Jury ☐
    (b) Judge only ☐

7. Did you testify at the trial?
    Yes ☐   No ☐

8. Did you appeal from the judgment of conviction?
    Yes ☒   No ☐

(2)

AO 243   (Rev. 2/95)

9. If you did appeal, answer the following:

   (a) Name of court __U.S. Court of Appeals, First Circuit.__

   (b) Result __Summarily affirmed judgment of district court.__

   (c) Date of result __August 8, 2003.__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☐   No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __N/A__

        (2) Nature of proceeding _____

        (3) Grounds raised _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐   No ☐

        (5) Result __N/A__

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court __N/A__

        (2) Name of proceeding _____

        (3) Grounds raised _____

(3)

AO 243   (Rev. 2/95)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐   No ☐

    (5) Result _____ N/A _____

    (6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☐   No ☐
    (2) Second petition, etc.  Yes ☐   No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____ N/A _____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

<u>CAUTION</u>: <u>If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.</u>

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.
(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(4)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: __Denial of effective assistance of counsel.__

Supporting FACTS (state *briefly* without citing cases or law): __Counsel failed to communicate a more favorable plea offer of 17 years that the United States had indicated it was interested in agreeing to.__

B. Ground two: __Denial of effective assistance of counsel.__

Supporting FACTS (state *briefly* without citing cases or law): __Counsel advised petitioner to plead guilty to an offense that he is actually innocence of.__

C. Ground three: __N/A__

Supporting FACTS (state *briefly* without citing cases or law):

AO 243     (Rev. 2/95)

D. Ground four: _____ N/A _____

Supporting FACTS (state *briefly* without citing cases or law):

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

    N/A

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing ___ John F. Cicilline, Esq. ___
    ___ 387 Atwells Avenue, Providence, RI 02909, (401) 273-5600. ___

    (b) At arraignment and plea ___ Same as above. ___

    (c) At trial ___ There was no trial in this matter. ___

    (d) At sentencing ___ John F. Cicilline, Esq. ___

(6)

AO 243  (Rev. 2/95)

    (e)  On appeal    John F. Cicilline, Esq.

    (f)  In any post-conviction proceeding    N/A

    (g)  On appeal from any adverse ruling in a post-conviction proceeding

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
   Yes ☒   No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
   Yes ☐   No ☒

   (a) If so, give name and location of court which imposed sentence to be served in the future: N/A

   (b) Give date and length of the above sentence:

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☐   No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

11-1-04
Date

_____
Signature of Movant

Norberto Morales-Rivera - Pro Se
Reg. No. 17731-069
LSCI Allenwood
P.O. Box 1000
White Deer, PA 17887-1000

(7)