UNITED STATES DISTRICT COURT

DISTRICT OF PUERTO RICO

Norberto Morales-Rivera,      :      Criminal No. 99-CR-0185
         Petitioner,

                    :      Civil No. _____

     v.

                    :

UNITED STATES OF AMERICA,
         Respondant.    :

## AFFIDAVIT OF NORBERTO MORALES-RIVERA

NOW COMES Norberto Morales-Rivera, affiant in the above-captioned civil action under 28 U.S.C. §2255, and hereby depose and says pursuant to 28 U.S.C. §1746, under penalty of perjury of the laws of the United States of America, the following:

1. I am the same Norberto Morales-Rivera who was previously named as "defendant" in criminal action number 99-CR-0185, in the U.S. District Court for the District of Puerto Rico.

2. I was represented by John F. Cicilline, Esq., 387 Atwells Avenue, Providence, RI  02909, (401) 273-5600.

3. Prior to the change of plea hearing on May 24, 2002, counsel advised me that it would be in my best interest to accept the government's plea offer of 180 months for the drug offense, and a consecutive 60 months for the firearms charge.

4. At no time prior to the change of plea hearing did counsel ever communicate to me that there was a plea offer on the table of 17 years

-1-

AFFIANT FURTHER SAYETH NOT.

Signed: _____          Dated: _____
        Norberto Morales-Rivera