

U.S. Department of Justice

*Guillermo Gil*
*United States Attorney*
*District of Puerto Rico*

Federico Degetau Federal Building, Room 452       (787) 766-5656
Carlos Chardon Avenue
Hato Rey, Puerto Rico 00918

April 15, 2002

Frank D. Inserni, Esq.           Attorney for [6] Pedro L. Bonilla-Marengo
P.O. Box 193748
San Juan, PR 00936-3852

       Re: United States v. Norberto Morales-Rivera, et al
           Criminal No. 99-185 (CCC)

Dear Counsel:

    We have reviewed your client's counter-offer as set forth in your letter of April 8, 2002. We will not accept the terms as proposed. Your client can accept our offer as set forth in my letter of March 21, 2002 or proceed to trial. If you do not file a change of plea motion by 5:00 p.m., Thursday, April 18, 2002, I will assume that your client has made his second and final rejection of the offer of March 21, 2002.

    I will be filing a request for trial date for the remaining Defendants on Friday, April 19, 2002.

                                Very truly yours,
                                GUILLERMO GIL
                                U.S. Attorney

                                Daniel J. Vaccaro
                                Assistant U.S. Attorney



# District of Puerto Rico
## Criminal Section

## U.S. Attorney's Office

FACSIMILE TRANSMISSION

COVER PAGE                             Fax (787) 766-5398

Phone (787) 766-5656

**TO:**            Frank D. Inserni, Esquire

**DATE:**          April 15, 2002

**# OF PAGES:**    2 (Including cover sheet)

**CONTENTS:**      Letter
                   **Re: Pedro L. Bonilla-Marengo**

**FAX NUMBER:**    (787) 763-5223

**FROM:**          Daniel J. Vaccaro - A.U.S.A.
                   Cynthia Perez - Secretary

**COMMENTS:**      For your information.

*Note:*   *If you do not receive the total number of pages indicated, please call the sending individual listed above.*

# SEND CONFIRMATION REPORT

|  |  |  | DATE/TIME | 4-15- 2  5:52PM |
|--|--|--|--|--|
|  |  |  | MACHINE ID | 7877665398 |
|  |  |  | MACHINE NAME | USAO-NARCOTICS |
|  |  |  | PAGE | 1 |

| JOB | REMOTE STATION | START TIME | DURATION | PAGES | MODE | RESULTS |
|---|---|---|---|---|---|---|
| 414 | 7877635223 | 4-15- 2  5:51PM | 0'35" | 2/ 2 | EC | COMPLETED EC 14400 |
|  |  | TOTAL | 0'35" | 2/ 2 |  |  |

NOTE:
EC ERROR CORRECTION          CR CONFIDENTIAL RECEIVE    MP MULTI-POLL    BC BROADCAST
96 9600 BPS SELECTED         PI POLL-IN                 SA SUBADDRESS    MB MAILBOX
48 4800 BPS SELECTED         PO POLL-OUT                PW PASSWORD      RD REMOTE DIAGNOSTICS

District of Puerto Rico
Criminal Section

## U.S. Attorney's Office

**FACSIMILE TRANSMISSION**
**COVER PAGE**       Fax (787) 766-5398
                    Phone (787) 766-5656

**TO:** Frank D. Inserni, Esquire

**DATE:** April 15, 2002

**# OF PAGES:** 2 (Including cover sheet)

**CONTENTS:** Letter
**Re: Pedro L. Bonilla-Marengo**

**FAX NUMBER:** (787) 763-5223

**FROM:** Daniel J. Vaccaro - A.U.S.A.
Cynthia Perez - Secretary

**COMMENTS:** For your information.

Note: *If you do not receive the total number of pages indicated, please call the sending individual listed above.*