# FRANK D. INSERNI
Abogado - Notario    Attorney - Notary    Avocat - Notaire

Capital Center Building, South Tower - Suite 402 - 239 Arterial Hostos Ave., Hato Rey, P.R. 00918
P.O. Box 193748, San Juan, P.R. 00919-3748
Telephones: (787) 763-3851 / (787) 759-7572 · Fax: (787) 763-5223
e mail: finserni@cld.net

March 27, 2002

Daniel J. Vaccaro, AUSA
United States Attorney's Office
Narcotics Section of the Criminal Division
Federico Degetau Federal Building, Room 452
Carlos Chardón Avenue
Hato Rey, Puerto Rico 00918

Via Mail & fax (766-5398)

Re: Pleas in US v. Pedro Bonilla Marengo, Cr. No. 99-185 (CCC)

Dear Mr. Vaccaro:

I cannot give you a final answer on the final plea offer until tomorrow because my client has not authorized me to do so. I submit to you that the fact that I was not present at the MDC meeting ordered by judge Hornby and the fact that there is a pending speedy trial motion which in all probability could be resolved by the court by tomorrow might strongly change things.

This letter has the objective of requesting that the plea deadline be reasonably extended until at least I have had a chance to discuss with my client what occurs tomorrow at the status conference, this could be tomorrow or Saturday. I will not work on Good Friday. If this has waited so long so far, a few days more will not affect the interests of any of the parties. The wait I believe has been worthwhile and can very well produce an agreement that will save money and time to all parties involved.

I appreciate your understanding and acquiescence to this request.

Truly yours,

Frank D. Inserni

/fdi
c: Maria Teresa Arsuaga, AFPD (fx:281-4899), T. Lincoln, Esq., 293-2062, Y. Collazo, Esq. 273-7337, A. Luciano, Esq., 783-2622, J. Cicilline (401-454-5600)
lletters, bonilla,p. vaccaro, d. 032702

# FRANK D. INSERNI

Abogado - Notario     Attorney - Notary     Avocat - Notaire

Capital Center Building, South Tower - Suite 402 - 239 Arterial Hostos Ave., Hato Rey, P.R. 00918
P.O. Box 193748, San Juan, P.R. 00919-3748
Telephones: (787) 763-3851 / (787) 759-7572 · Fax: (787) 763-5223
e mail: finserni@tld.net

February 19, 2002

Daniel J. Vaccaro, AUSA
United States Attorney's Office
Narcotics Section of the Criminal Division
Federico Degetau Federal Building, Room 452
Carlos Chardón Avenue
Hato Rey, Puerto Rico 00918

Via Mail & fax (766-5398)

Re: Pleas in US v. Pedro Bonilla Marengo, Cr. No. 99-185 (CCC)

Dear Mr. Vaccaro:

This confirms our conversation held this afternoon in the cafeteria concerning the referenced case. In our conversation I wanted to know if the plea bargaining offers on the table are a package plea and you stated that it was. You also stated that if the offers were accepted by let's say four defendants you would accept them and let the others go to trial.

Please be aware that your letter dated January 29, 2002 was postmarked the day after (Jan. 30, 2002) and I received it on February 5, 2002 since I did not go to the post office on that Monday, February 4, 2002 due to excess work. I pray that the thirty days be extended at least a work week and a half (until March 11, 2002), since I have been swamped for these last three weeks with depositions in two civil cases and many hearings in other CJA cases. Also I feel that for the success of a package deal counsel and their respective clients need to meet individually and as a group to iron this out.

Truly yours,

Frank D. Inserni

/fdi
c: Maria Teresa Arsuaga, AFPD (fx:281-4899), T. Lincoln, Esq., 293-2062, Y. Collazo, Esq. 273-7337, A. Luciano, Esq., 783-2622, J. Cicilline (401-454-5600)

lletters, bonilla,p. vaccaro, d. 021902

# FRANK D. INSERNI
Abogado - Notario    Attorney - Notary    Avocat - Notaire

Capital Center Building, South Tower - Suite 402 - 239 Arterial Hostos Ave., Hato Rey, P.R. 00918
P.O. Box 193748, San Juan, P.R. 00919-3748
Telephones: (787) 763-3851 / (787) 759-7572 · Fax: (787) 763-5222
e-mail: finserni@tld.net

December 13, 2001

Daniel J. Vaccaro, AUSA
United States Attorney's Office
Narcotics Section of the Criminal Division
Federico Degetau Federal Building, Room 452
Carlos Chardón Avenue
Hato Rey, Puerto Rico 00918

Via Mail & fax (766-5398)

Re: Plea negotiations in US v. Pedro Bonilla Morongo, Cr. No. 99-185 (CCC)



Dear Mr. Vaccaro:

This confirms in part our group and individual conversations held on December 7, 2001 at the criminal division's conference room where we met on the referenced subject, including Mrs. M T. Arsuaga, Mrs. Y. Collazo (she was also representing T. Lincoln), A. Luciano, Mr. Ciciline and myself.

We waited for almost an hour for Sonia but she was detained at Magistrate Delgado's courtroom for which reason I went to get her since the matter she was dealing with had to do with, in part, with another of my clients. While at Magistrate Delgado's office waiting for MDC's reply to unrelated matters, I expressed to Sonia that we all had authorizations from our clients to plead in the referenced case. I also gave her an idea of the years we were authorized to plead to. She was very receptive but hinted that we were yet too far apart.

Notwithstanding the differences in years, she agreed with me that this was a positive event and that we would definitely keep the negotiations flowing. I also expressed to her that having her predecessor, now Police Superintendent, make firm plea offers of 17,16 and 15 years to the pending defendants and later have these numbers changed to a compulsory package plea of 25 years, and later to terms of 17-24 years, creates a psychological impact and negotiation barrier.

Such impact can provoke the hard headed attitude that often occurs in drug cases to the effect that "then let the Government prove its case" and we take the risk of maybe winning on appeal". Unfortunately this can be a barrier to fruitful negotiations.

I'm not saying that is the attitude at present but it could be in the future, although I will do everything in my power to avoid the development of such an attitude, at least as far as my client is concerned.

I then went down back to the conference room and shared this with all of you and you stated that you would definitely consider these new numbers and would also continue to strive in obtaining for us the evidence of how and when the government calculates the drug amount imputed to each defendant in order to reach the plea offers that are on the table at the present, which I believe surround levels 37-40 (17-24 years). This drug calculation evidence is crucial for our efforts to reach a reasonable plea agreement authorization from all our respective clients.

Please give us some feedback as soon as possible as to our offered years and this letter so that we can keep the negotiations with our clients alive and productive, in an effort to eventually avoid a drawn out trial of great expense to all parties involved.

Cordially yours,

Frank D. Inserni

/fdi

c: Maria Teresa Arsuaga, AFPD (fx:281-4899), T. Lincoln, Esq., 293-2062, Y. Collazo, Esq. 273-7337, A. Luciano, Esq., 783-2622, J. Cicilline (Fax: 401-454-5600 )

letters, bonilla, pedro, vaccaro, d. 121301

# FRANK D. INSERNI

Abogado - Notario     Attorney - Notary     Avocat - Notaire

Capital Center Building, South Tower - Suite 402 - 239 Arterial Hostos Ave., Hato Rey, P.R. 00918
P.O. Box 193748, San Juan, P.R. 00919-3748
Telephones: (787) 763-3851 / (787) 759-7572 · Fax: (787) 763-5223
e mail: finserni@tld.net

December 4, 2001

Daniel J. Vaccaro, AUSA
United States Attorney's Office
Narcotics Section of the Criminal Division
Federico Degetau Federal Building, Room 452
Carlos Chardón Avenue
Hato Rey, Puerto Rico 00918

Via Mail & fax (766-5398)

Re: Pleas in US v. Pedro Bonilla Marengo, Cr. No. 99-185 (CCC)

Dear Mr. Vaccaro:

This confirms our conversation held last week which confirms our requested meeting **with Sonia Torres and you on December 7 at 10 a.m.** We will discuss with you a proposed plea package which I feel will keep a healthy negotiation atmosphere open and positive.

Cordially yours,

Frank D. Inserni

/fdi
c: Maria Teresa Arsuaga, AFPD (fx:281-4899), T. Lincoln, Esq., 293-2062, Y. Collazo, Esq. 273-7337, A. Luciano, Esq., 783-2622, J. Cicilline (Fax: 401-454-5600 c/o A. Berta Vázquez P.O. Box 362069, SJ PR 00936

letters, bonilla, pedro, vaccaro, d. 080101

# FRANK D. INSERNI
Abogado - Notario     Attorney - Notary     Avocat - Notaire

Capital Center Building, South Tower - Suite 402 - 235 Arterial Hostos Ave., Hato Rey, PR. 00918
P.O. Box 193748, San Juan, P.R. 00919-3748
Telephones: (787) 763-3851 / (787) 759-7572 · Fax: (787) 763-5223
e-mail: finserni@cld.net

November 23, 2001

Daniel J. Vaccaro, AUSA
United States Attorney's Office
Narcotics Section of the Criminal Division
Federico Degetau Federal Building, Room 452
Carlos Chardón Avenue
Hato Rey, Puerto Rico 00918

Via Mail & fax (766-5398)

Re: Pleas in US v. Pedro Bonilla Marengo, Cr. No. 99-185 (CCC)

Dear Mr. Vaccaro:

We have met with our respective clients and wish to have a meeting **with Sonia Torres and you on December 7 at 10 a.m.** We will discuss with you a proposed plea package which I feel will keep a healthy negotiation atmosphere open and positive.

Please confirm to me in writing and by phone ASAP.

Cordially yours,

Frank D. Inserni

/fdi

c: Maria Teresa Arsuaga, AFPD (fx:281-4899), T. Lincoln, Esq., 293-2062, Y. Collazo, Esq. 273-7337, A. Luciano, Esq., 783-2622, J. Cicilline c/o A. Berta Vázquez P.O. Box 362069, SJ PR 00936

letters, bonilla, pedro, vaccaro, d. 080101