UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**NORBERTO MORALES-RIVERA**,
  Petitioner,

  v.                                                       **CASE NUMBER:** 04-2306 (JAF)

**UNITED STATES OF AMERICA**,
  Respondent.

| **JUDGMENT** |
|---|
| The Court having entered an Order on this same date, judgment is hereby entered **dismissing** this case. |

**Date**: August 8, 2007

**S/ JOSE A. FUSTE**
**Chief United States District Judge**